JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 13-02697 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Debra A. McKenna, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Debra A. McKenna, in the principal amount of $1,973.40 plus interest accrued to April 9, 2013, in the sum of $2,608.57; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $5.65, for a total amount of $4,587.62.

DATED: May 13, 2013        By:    Terry Nafisi
                                   Clerk of the Court

                                   /s/ B. Pacillas
                                   Deputy Clerk
                                   United States District Court